```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :     **20 CR 13 (VM)**
                                   :
          -against-                :
                                   :     **ORDER**
CHAD ZESKE,                        :
                                   :
                    Defendant.     :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for September 8, 2021 will be rescheduled to Friday, October 8, 2021 at 11:30 AM.

**SO ORDERED:**

Dated:    New York, New York
          16 August 2021

*[signature]*
Victor Marrero
U.S.D.J.