USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/20/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,        :     **20 CR 13 (VM)**
                    :
        -against-        :
                    :        **ORDER**
CHAD ZESKE,             :
                    :
           Defendant.   :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for October 8, 2021 will be rescheduled to Friday, October 15, 2021 at 11:30 AM.

**SO ORDERED:**

Dated:    New York, New York
          20 August 2021

_____
Victor Marrero
U.S.D.J.