```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,        :       **20 CR 13 (VM)**
                                 :
         -against-               :
                                 :       **ORDER**
CHAD ZESKE,                      :
                                 :
              Defendant.         :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 15 to Friday, November 12, 2021 at 11:00 AM.

**SO ORDERED:**

Dated:   New York, New York
         27 September 2021

_____
Victor Marrero
U.S.D.J.