```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
          -against-               :
                                  :
CHAD ZESKE,                       :       20 CR 13(VM)
                                  :         ORDER
                                  :
               Defendant.         :
---------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021
```

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, November 12, 2021 at 11:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:  New York, New York
        04 November 2021

_____
Victor Marrero
U.S.D.J.